24sc2944 KMM/JFD



**U.S. Department of Justice**

United States Attorney
District of Minnesota

*Emily M. Peterson*
*Assistant United States Attorney*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*Phone: (612) 664-5600*
*Fax: (612) 664-5788*
*emily.peterson@usdoj.gov*

July 25, 2024

**Via Hand Delivery – Not to Be Filed**

Kate M. Fogarty
Clerk of Court, United States District Court – District of Minnesota
300 South Fourth Street – Suite 202
Minneapolis, MN 55415

RECEIVED JUL 25 2024 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

    Re:    *United States v. Evergreen Recovery Inc. et al.*, Case No. _____

Dear Ms. Fogarty:

    I write on behalf of the United States regarding a filing we are making with the Court concurrently with this letter. We respectfully request that the United States be permitted to make the entire filing under seal.

    The United States is filing a request for an *ex parte* Temporary Restraining Order pursuant to 18 U.S.C. § 1345 that, if granted, will have the effect of freezing Defendants' assets. As laid out in the Complaint and the accompanying Motion to Seal, the United States has reason to believe Defendants are engaged in a healthcare fraud scheme that has resulted in at least $28 million in losses to Medicaid. Having this case placed under seal until service of process is perfected is necessary because of the nature of the relief requested. If Defendants are alerted to this action before they receive service of process of a TRO they may have an opportunity dissipate or hide the very assets the TRO seeks to preserve.

    Thank you for your attention to this matter.

Sincerely,

ANDREW M. LUGER
United States Attorney

*s/ Emily M. Peterson*

By: Emily M. Peterson
Assistant United States Attorney

SCANNED JUL 25 2024 U.S. DISTRICT COURT MPLS