UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. _____

United States of America,

        Plaintiff,

v.

1. Evergreen Recovery Inc.;
2. Evergreen Mental Health Services Inc.;
3. Ethos Recovery Clinic Inc.
4. Second Chances Recovery Housing Inc.;
5. Second Chances Sober Living, Inc.;
6. David Backus;
7. Shawn Grygo; and
8. Shantel Magadanz,

        Defendants.

**FILED UNDER SEAL**

**[PROPOSED] ORDER SEALING PROCEEDINGS**

RECEIVED JUL 25 2024 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

Before the Court is Plaintiff United States of America's *Ex Parte* Motion to Seal Proceedings in this matter. Having reviewed the government's motion and having found good cause for the requested relief, it is hereby ORDERED that:

1. The government's Motion to Seal is GRANTED;

2. The documents identified in the government's motion, including the entire case file and this Order, shall remain under seal until further Order of this Court.

Dated:                                                            _____
                                                                United States District Judge

SCANNED JUL 25 2024 U.S. DISTRICT COURT MPLS