UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. _____

United States of America,

    Plaintiff,

v.

1. Evergreen Recovery Inc.;
2. Evergreen Mental Health Services Inc.;
3. Ethos Recovery Clinic Inc.
4. Second Chances Recovery Housing Inc.;
5. Second Chances Sober Living, Inc.;
6. David Backus;
7. Shawn Grygo; and
8. Shantel Magadanz,

    Defendants.

**FILED UNDER SEAL**

**UNITED STATES'** *EX PARTE* **MOTION FOR A TEMPORARY RESTRAINING ORDER AND OTHER EQUITABLE RELIEF**

Pursuant to 18 U.S.C. § 1345 and Federal Rule of Civil Procedure 65, Plaintiff United States of America moves this Court, on an *ex parte* basis without notice to Defendants, for issuance of a temporary restraining order and, upon a hearing to be scheduled not more than 14 days later, a preliminary injunction. The grounds for this Motion are set out in the United States' Memorandum in Support of Its *Ex Parte* Motion for a Temporary Restraining Order and Other Equitable Relief and the Affidavit of FBI Special Agent Kurt Beulke. For the reasons set forth in the attached Declaration of Emily M. Peterson, Defendants have not been given written or oral notice of this Motion pursuant to Federal Rule of Civil Procedure 65(b).

The United States has not previously applied for the relief sought in this Motion or any similar relief against Defendants.

Dated: July 25, 2024
                                          ANDREW M. LUGER
United States Attorney

*s/ Emily M. Peterson*

BY: EMILY M. PETERSON
Assistant U.S. Attorney
Attorney ID No. 0395218
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Emily.Peterson@usdoj.gov
(612) 664-5600

Attorneys for United States of America