UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-sc-2944-KMM-JFD

United States of America,

    Plaintiff,

v.

Evergreen Recovery Inc.,
Evergreen Mental Health Services Inc.,
Ethos Recovery Clinic Inc.,
Second Chances Recovery Housing Inc.,
Second Chances Sober Living, Inc.,
David Backus,
Shawn Grygo, and
Shantel Magadanz,

    Defendants.

**FILED UNDER SEAL**

ORDER SEALING
PROCEEDINGS

Before the Court is Plaintiff United States of America's *Ex Parte* Motion to Seal Proceedings in this matter. Having reviewed the government's motion and having found good cause for the requested relief, it is hereby ORDERED that:

1. The government's Motion to Seal is GRANTED;

2. The documents identified in the government's motion, including the entire case file and this Order, shall remain under seal until further Order of this Court.

Dated: July 25, 2024

                                      *s/Katherine M. Menendez*
                                      Katherine M. Menendez
                                      United States District Judge