UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-sc-02944

United States of America,

    Plaintiff,

v.

1.   Evergreen Recovery Inc.;
2.   Evergreen Mental Health Services Inc.;
3.   Ethos Recovery Clinic Inc.
4.   Second Chances Recovery Housing Inc.;
5.   Second Chances Sober Living, Inc.;
6.   David Backus;
7.   Shawn Grygo; and
8.   Shantel Magadanz,

    Defendants.

**FILED UNDER SEAL**

**UNITED STATES' *EX PARTE* MOTION TO UNSEAL PROCEEDINGS**

Plaintiff United States of America moved for an Order to seal this matter until it could complete service of process of the Temporary Restraining Order, ECF No. 11, on Defendants. ECF No. 3. The United States has now completed service of the Court's order and moves for the immediate unsealing of this case.

A proposed order is attached to this Motion.

Dated: July 31, 2024

ANDREW M. LUGER
United States Attorney

*s/ Emily M. Peterson*

BY: EMILY M. PETERSON
Assistant U.S. Attorney
Attorney ID No. 0395218
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Emily.Peterson@usdoj.gov
(612) 664-5600

Attorneys for United States of America