UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-sc-02944-KMM-JFD

United States of America,

          Plaintiff,                        **FILED UNDER SEAL**

    v.

| | | |
|---|---|---|
| 1. | Evergreen Recovery Inc.; | **[PROPOSED] ORDER** |
| 2. | Evergreen Mental Health Services Inc.; | **UNSEALING PROCEEDINGS** |
| 3. | Ethos Recovery Clinic Inc. | |
| 4. | Second Chances Recovery Housing Inc.; | |
| 5. | Second Chances Sober Living, Inc.; | |
| 6. | David Backus; | |
| 7. | Shawn Grygo; and | |
| 8. | Shantel Magadanz, | |

          Defendants.

It is hereby ordered that, good cause having been shown, all pleadings and other papers filed in this matter, the docket sheet, and this and all other Orders entered by the Court shall be immediately unsealed. Upon the filing of this Order, this matter shall proceed as an unsealed case.

Dated:                                  _____

                                   The Honorable Katherine M. Menendez
                                   United States District Judge