UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-sc-02944-KMM-JFD

United States of America,

    Plaintiff,            **FILED UNDER SEAL**

  v.

Evergreen Recovery Inc.,          **ORDER UNSEALING**
Evergreen Mental Health Services Inc.,   **PROCEEDINGS**
Ethos Recovery Clinic Inc.,
Second Chances Recovery Housing Inc.,
Second Chances Sober Living, Inc.,
David Backus,
Shawn Grygo, and
Shantel Magadanz,

    Defendants.

It is hereby ordered that, good cause having been shown, all pleadings and other papers filed in this matter, the docket sheet, and this and all other Orders entered by the Court shall be immediately unsealed. Upon the filing of this Order, this matter shall proceed as an unsealed case.

Dated:  July 31, 2024               *s/Katherine M. Menendez*
                                                    The Honorable Katherine M. Menendez
                                                    United States District Judge