# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | No. 23-cv-2944 (KMM/JFD) |
| Plaintiff, | |
| v. | **BRIEFING ORDER ON MOTION FOR PRELIMINARY INJUNCTION** |
| Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz, | |
| Defendants. | |

The Court issues the following Briefing Order to apply to the pending motion for preliminary injunction in this matter.

1. The government shall file any amended motion for preliminary injunction along with a proposed draft of the preliminary injunction **on or before the close of business (5:30pm) on August 2, 2024**.

2. Defendants shall file any opposition or other position on the motion **on or before the close of business on August 6, 2024**.

3. The government may file a response to any submission by Defendants **on or before the close of business on August 7, 2024**.

4. Any party may seek a modification of this Briefing Order and any party may request a telephonic status conference with the Court.

5. The Court further encourages counsel for the parties to meet and confer regarding whether a stipulated injunction is possible, whether this briefing schedule requires modification, whether an evidentiary hearing will be necessary on August 8, and any other matters.

Date: August 2, 2024

*s/Katherine Menendez*
Katherine Menendez
United States District Judge