UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-cv-02944-KMM-JFD

United States of America,

         Plaintiff,

     v.

1.    Evergreen Recovery Inc.;
2.    Evergreen Mental Health Services Inc.;
3.    Ethos Recovery Clinic Inc.
4.    Second Chances Recovery Housing Inc.;
5.    Second Chances Sober Living, Inc.;
6.    David Backus;
7.    Shawn Grygo; and
8.    Shantel Magadanz,

         Defendants.

**UNITED STATES' MOTION FOR PRELIMINARY INJUNCTION AND OTHER EQUITABLE RELIEF**

Pursuant to 18 U.S.C. § 1345 and Federal Rule of Civil Procedure 65, Plaintiff United States of America moves this Court for issuance of a preliminary injunction. The grounds for this motion are set out in the United States' previously filed Memorandum of Law in support of its *Ex Parte* Motion for a Temporary Restraining Order and Other Equitable Relief, ECF No. 5, and the Affidavit of FBI Special Agent Kurt Beulke, ECF No. 2. The United States is filing a proposed preliminary injunction order concurrently with this Motion.

Dated: August 2, 2024

ANDREW M. LUGER
United States Attorney

*s/ Emily M. Peterson*

BY: EMILY M. PETERSON
Assistant U.S. Attorney
Attorney ID No. 0395218
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Emily.Peterson@usdoj.gov
(612) 664-5600

Attorneys for United States of America