UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-cv-02944-KMM-JFD

United States of America,

    Plaintiff,

v.

1. Evergreen Recovery Inc.;
2. Evergreen Mental Health Services Inc.;
3. Ethos Recovery Clinic Inc.
4. Second Chances Recovery Housing Inc.;
5. Second Chances Sober Living, Inc.;
6. David Backus;
7. Shawn Grygo; and
8. Shantel Magadanz,

    Defendants.

**MEET AND CONFER STATEMENT**

The undersigned attorney for the Plaintiff certifies that she met and conferred with Defendants' counsel by phone and email on July 31 and August 1, 2024 during which the parties discussed the United States' Motion for Preliminary Injunction and Other Equitable Relief. As a result of the meet and confer, and subsequent email communications, the parties have not yet agreed on the relief sought in the United States' motion.

Dated: August 2, 2024

ANDREW M. LUGER
United States Attorney

*s/ Emily M. Peterson*

BY: EMILY M. PETERSON
Assistant U.S. Attorney
Attorney ID No. 0395218
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Emily.Peterson@usdoj.gov
(612) 664-5600

Attorneys for United States of America