UNITED STATES DISTRICT COURT<br>
DISTRICT OF MINNESOTA<br>
Civil No. 0:24-cv-02944-KMM-JFD

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>1. Evergreen Recovery Inc.;<br>2. Evergreen Mental Health Services Inc.;<br>3. Ethos Recovery Clinic Inc.<br>4. Second Chances Recovery Housing Inc.;<br>5. Second Chances Sober Living, Inc.;<br>6. David Backus;<br>7. Shawn Grygo; and<br>8. Shantel Magadanz,<br><br>   Defendants. | **NOTICE OF MOTION ON HEARING** |

PLEASE TAKE NOTICE that on 9 a.m. on August 8, 2024, before the Honorable Katherine M. Menendez, United States District Court, Courtroom 14W, 300 South Fourth Street, Minneapolis, MN 55415, the Court will hold an evidentiary hearing on Defendant's Motion for Preliminary Injunction and Other Equitable Relief.

| | |
|---|---|
| Dated: August 2, 2024 | ANDREW M. LUGER<br>United States Attorney<br><br>*s/ Emily M. Peterson*<br><br>BY: EMILY M. PETERSON<br>Assistant U.S. Attorney<br>Attorney ID No. 0395218<br>600 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>Emily.Peterson@usdoj.gov<br>(612) 664-5600<br><br>Attorneys for United States of America |