UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-cv-02944-KMM-JFD

United States of America,

      Plaintiff,

v.                                         **CERTIFICATE OF SERVICE**

1. Evergreen Recovery Inc.;
2. Evergreen Mental Health Services Inc.;
3. Ethos Recovery Clinic Inc.
4. Second Chances Recovery Housing Inc.;
5. Second Chances Sober Living, Inc.;
6. David Backus;
7. Shawn Grygo; and
8. Shantel Magadanz,

      Defendants.

I hereby certify that on August 2, 2024, I caused the following documents:

MOTION FOR PRELIMINARY INJUNCTION AND OTHER EQUITABLE RELIEF, NOTICE OF HEARING, MEET AND CONFER, and CERTIFICATE OF SERVICE

to be filed electronically with the Clerk of Court through ECF, and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, and emailed to the following non-ECF participants, whom I now understand to not be represented by counsel:

Evergreen Recovery Inc.
c/o Registered Agent Shawn Grygo
1400 Energy Park Drive Suite 21
St. Paul, Minnesota 55108
grygo.am.shawn@gmail.com

Evergreen Mental Health Services Inc.
c/o Chief Executive Officer Shawn Grygo
1400 Energy Park Drive, Suite 24
Saint Paul, Minnesota 44108

Ethos Recovery Clinic Inc.
c/o Chief Executive Officer Shawn Grygo
7766 Highway 65
Spring Lake Park MN 55432

Second Chances Recovery Housing Inc.
1400 Energy Park Drive
Saint Paul, Minnesota 55108

Second Chances Sober Living, Inc.
c/o CEO David Backus
415 Ash Street
Lino Lakes, Minnesota 55126

Second Chances Sober Living, Inc.
c/o Chief Executive Officer David Backus
1400 Energy Park Drive
Saint Paul, Minnesota 55108

David Backus
14015 Juilliard Street NE
Forest Lake, Minnesota 55025

Shawn Grygo
14015 Juilliard Street NE
Forest Lake, Minnesota 55025

**I understand Shantel Magadanz to be represented by the following counsel, who will be served by email and U.S. mail:**

Connor Cremens
13289 St. Croix Avenue
Lindstrom, Minnesota 55045
connor@kowitzlaw.com

**In the event the above counsel does not represent Ms. Magadanz, I caused a copy of the attached documents to be deposited via First Class Mail to the following Defendant:**

Shantel Magadanz
4397 316th Lane
Stacy, Minnesota 55079

2

*s/ Emily M. Peterson*
Emily M. Peterson
Assistant U.S. Attorney