## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,              **NOTICE OF APPEARANCE**

      Plaintiff,              Case No: 24-cv-02944 (KMM/JFD)

v.

Evergreen Recovery Inc.; Evergreen Mental
Health Services, Inc.; Ethos Recovery Clinic Inc.;
Second Chances Recovery Housing Inc.;
Second Chances Sober Living Inc.;
David Backus; Shawn Grygo; and Shantel Magadanz,

      Defendants.

The undersigned attorney hereby notifies the Court and counsel that John G. Westrick, shall appear as counsel of record for Defendant Shantel Magadanz in this case.

Dated: August 5, 2024          */s/ John. G. Westrick*
                      John G. Westrick (#206583)
                      **SAVAGE-WESTRICK, P.L.L.P.**
                      900 American Blvd. E., #241
                      Bloomington, MN 55420
                      Ph: 651-292-9603
                      Fax: 651-395-7423
                      Email:westrick@savagewestrick.com
                      ATTORNEY FOR SHANTEL
                      MAGADANZ