UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | **NOTICE OF APPEARANCE** |
| Plaintiff, | Case No:   24-cv-02944-KMM-JFD |

v.

1. Evergreen Recovery Inc.;
2. Evergreen Mental Health Services Inc.;
3. Ethos Recovery Clinic Inc.;
4. Second Chances Recovery Housing Inc.;
5. Second Chances Sober Living, Inc.;
6. David Backus;
7. Shawn Grygo; and
8. Shantal Magadanz,

   Defendants.

The undersigned attorney hereby notifies the Court and counsel that Manda M. Sertich shall appear as counsel of record for Defendants Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., and Shawn Grygo in this case.

Dated:  August 6, 2024                             *s/ Manda M. Sertich*
                                                   Manda M. Sertich (#0504328)
                                                   **FREDRIKSON & BYRON, P.A.**
                                                   60 South Sixth Street, Suite 1500
                                                   Minneapolis, MN  55402-4400
                                                   Telephone:  612.492.7000
                                                   Email:  msertich@fredlaw.com

                                                   *Attorneys for Defendants Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., and Shawn Grygo*