**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>EVERGREEN RECOVERY, INC.;<br>EVERGREEN MENTAL HEALTH SERVICES INC.; ETHOS RECOVERY CLINIC INC.; SECOND CHANCES RECOVERY HOUSING INC.; SECOND CHANCES SOBER LIVING, INC.; DAVID BACKUS; SHAWN GRYGO; and<br>SHANTEL MAGADANZ,<br><br>  Defendants. | Civil No. 0:24-cv-02944 (KMM-JFD)<br><br>**MOTION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND MODIFYING THE BRIEFING SCHEDULE** |

Defendants Evergreen Recovery, Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., and Shawn Grygo (collectively, the "Evergreen Defendants"), by and through their attorneys, will move the Court for an Order continuing the hearing on Plaintiff's Motion for Preliminary Injunction, ECF No. 21, and modifying the briefing schedule to extend the time for the Evergreen Defendants to file a substantive response. This motion is based upon the memorandum of law and accompanying documents which will be filed pursuant to Local Rule 7.1.

Dated: August 6, 2024                *s/ Manda M. Sertich*
                                                    Manda M. Sertich (MN #0504328))
                                                    60 South Sixth Street, Suite 1500
                                                    Minneapolis, MN 55402-4400
                                                    (612) 492-7000
                                                    msertich@fredlaw.com

**Attorney for Defendants Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., and Shawn Grygo**