**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERIA, | Civil No. 0:24-cv-02944 (KMM-JFD) |
| Plaintiff, | |
| v. | **NOTICE OF HEARING** |
| EVERGREEN RECOVERY, INC.; EVERGREEN MENTAL HEALTH SERVICES INC.; ETHOS RECOVERY CLINIC INC.; SECOND CHANCES RECOVERY HOUSING INC.; SECOND CHANCES SOBER LIVING, INC.; DAVID BACKUS; SHAWN GRYGO; and SHANTEL MAGADANZ, | |
| Defendants. | |

PLEASE TAKE NOTICE that on a time and date to be scheduled, before the Honorable Katherine M. Menendez, Judge of the United States District Court for the District of Minnesota, in Courtroom 14W at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415, Defendants Evergreen Recovery, Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., and Shawn Grygo (collectively, the "Evergreen Defendants") will move the Court for an Order granting Evergreen Defendants' Motion to Continue the hearing on Plaintiff's Motion for Preliminary Injunction, ECF No. 21, and Modifying the Briefing Schedule

Dated: August 6, 2024

*s/ Manda M.Sertich*
Manda M. Sertich (MN #0504328))
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
msertich@fredlaw.com

***Attorney for Defendants Evergreen Recovery Inc.,
Evergreen Mental Health Services Inc., Ethos
Recovery Clinic Inc., Second Chances Recovery
Housing Inc., Second Chances Sober Living, Inc.,
and Shawn Grygo***