# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERIA,<br><br>      Plaintiff,<br>v.<br><br>EVERGREEN RECOVERY, INC.;<br>EVERGREEN MENTAL HEALTH SERVICES INC.; ETHOS RECOVERY CLINIC INC.; SECOND CHANCES RECOVERY HOUSING INC.; SECOND CHANCES SOBER LIVING, INC.; DAVID BACKUS; SHAWN GRYGO; and<br>SHANTEL MAGADANZ,<br><br>      Defendants. | Civil No. 0:24-cv-02944 (KMM-JFD)<br><br>**MEET AND CONFER STATMENT** |

    I hereby certify that on August 6, 2024, the undersigned counsel for Defendants Evergreen Recovery, Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., and Shawn Grygo (collectively, the "Evergreen Defendants") met and conferred with Plaintiff's counsel by telephone to discuss Evergreen Defendants' Motion to Continue. Plaintiff was not willing to consent to Evergreen Defendants proposed extension, and therefore the parties were not able to resolve the motion.

*[Signature page to follow]*

1

Dated: August 6, 2024		*s/ Manda M. Sertich*
Manda M. Sertich (MN #0504328))
60 South Sixth Street, Suite 1500
Minneapolis, MN 55402-4400
(612) 492-7000
msertich@fredlaw.com

***Attorney for Defendants Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., and Shawn Grygo***