**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERIA, | Civil No. 0:24-cv-02944 (KMM-JFD) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER** |
| EVERGREEN RECOVERY, INC.; EVERGREEN MENTAL HEALTH SERVICES INC.; ETHOS RECOVERY CLINIC INC.; SECOND CHANCES RECOVERY HOUSING INC.; SECOND CHANCES SOBER LIVING, INC.; DAVID BACKUS; SHAWN GRYGO; and SHANTEL MAGADANZ, | |
| Defendants. | |

This matter came before the Court upon Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., and Shawn Grygo (collectively, the "Evergreen Defendants") Motion to Continue.

Based upon the arguments of counsel and upon all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1.  Evergreen Defendants' Motion to Continue is **GRANTED**.

2.  The hearing scheduled on Plaintiff's Motion for Preliminary Injunction, ECF No. 21, is CONTINUED to August 16, 2024 at _____.

3.  The briefing scheduled entered on Plaintiff's motion, ECF No. 20, is hereby MODIFIED as follows:

    a.  The Evergreen Defendants shall file their response in opposition to Plaintiff's motion on or before the close of business (5:30pm) on August 13, 2024.

b.  Plaintiff may file a reply brief on or before 12:00pm on August 15, 2024.

Dated:

_____

Katherine M. Menendez
Judge, District of Minnesota