UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil No. 24-CV-02944-KMM-JFD

United States of America,

Plaintiff,

    v.

1. Evergreen Recovery Inc.:
2. Evergreen Mental Health Services Inc.;
3. Ethos Recovery Clinic Inc.;
4. Second Chances Recovery Housing Inc.;
5. Second Chances Sober Living, Inc.;
6. David Backus;
7. Shawn Grygo; and
8. Shantel Magadanz,

    Defendants,

_____

**DEFENDANT SHANTEL MAGADANZ'S CERTIFICATE OF WORD COMPLIANCE.**

Pursuant to Minn. L. R. 7.1 the memorandum of law contains 2363 words in Microsoft Office 2021.

        Respectfully submitted,

        SAVAGE WESTRICK, PLLP

Dated: August 7, 2024 /s/ *John G. Westrick*
John G. Westrick (#206581)
900 American Blvd. E., #241
Bloomington, MN 55420
Ph: (651) 292-9603
Fax: (651) 343-7523
Email: westrick@savagewestrick.com

ATTORNEY FOR DEFENDANT
MAGADANZ