## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 24-cv-2944 (KMM/JFD) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz, | |
| Defendants. | |

---

PLEASE TAKE NOTICE that Ranelle Leier appears as the Court-Appointed Receiver in the above-captioned matter for Defendants Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., and Second Chances Sober Living, Inc ("Evergreen Entities").

Dated: August 12, 2024

FOX ROTHSCHILD LLP

/s/ Ranelle Leier

Ranelle Leier
City Center
33 South Sixth Street
Suite 3600
Minneapolis, MN 55402
Tel:   612.607.7000
Fax:   612.607.7100
rleier@foxrothschild.com
Receiver for the Evergreen Entities