UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No. 24-cv-2944 (KMM/JFD) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz, | |
| Defendants. | |

PLEASE TAKE NOTICE that Archana Nath appears as counsel of record for Court-Appointed Receiver Ranelle Leier in the above-captioned matter.

Dated: August 12, 2024

FOX ROTHSCHILD LLP

*/s/ Archana Nath*
Archana Nath
City Center
33 South Sixth Street
Suite 3600
Minneapolis, MN 55402
Tel: 612.607.7000
Fax: 612.607.7100
anath@foxrothschild.com
Attorneys for Receiver

161472556.1