UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | **MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |
| Plaintiff, | Case No:   24-cv-02944-KMM-JFD |
| v. | |

1. Evergreen Recovery Inc.;
2. Evergreen Mental Health Services Inc.;
3. Ethos Recovery Clinic Inc.;
4. Second Chances Recovery Housing Inc.;
5. Second Chances Sober Living, Inc.;
6. David Backus;
7. Shawn Grygo; and
8. Shantal Magadanz,

      Defendants.

Pursuant to Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Manda M. Sertich, currently listed as counsel of record for Defendants Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc. (collectively, "the Evergreen Entities"), and Shawn Grygo be permitted to withdraw as counsel for the Evergreen Entities and Shawn Grygo in this case for the following reasons:  the Court's Order for Entry of Preliminary Injunction, Order Appointing Receiver, and Other Equitable Relief

prevents the Evergreen Entities and Ms. Grygo from retaining counsel, and representations made by the United States at the August 9, 2024 hearing made clear that resources to retain counsel are unlikely to be available through the Court-appointed Receiver.  Further, this case is in a very early stage, and the undersigned appeared for a very limited time leading up to the appointment of a receiver.  As such, there is good cause for withdrawal.

Pursuant to Rule 83.7(c) of the Local Rules, the undersigned has notified the clients of the motion.

Dated:  August 13, 2024

*s/ Manda M. Sertich*
Manda M. Sertich (#0504328)
**FREDRIKSON & BYRON, P.A.**
60 South Sixth Street, Suite 1500
Minneapolis, MN  55402-4400
Telephone:  612.492.7000
Email:  msertich@fredlaw.com

**Attorneys for Defendants Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., and Shawn Grygo**