## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | **[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |
| Plaintiff, | Case No: 24-cv-02944-KMM-JFD |

v.

1. Evergreen Recovery Inc.;
2. Evergreen Mental Health Services Inc.;
3. Ethos Recovery Clinic Inc.;
4. Second Chances Recovery Housing Inc.;
5. Second Chances Sober Living, Inc.;
6. David Backus;
7. Shawn Grygo; and
8. Shantal Magadanz,

   Defendants.

A motion to withdraw as counsel came before the Court on August 13, 2024.

Based upon all the files, pleadings, and arguments of counsel in the matter, the Court GRANTS the motion to withdraw as counsel for Defendants Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., and Shawn Grygo for good cause.

Counsel's motion to withdraw as counsel of records without substitution is hereby **GRANTED**.

Dated: August        , 2024

_____
The Honorable Kate M. Menendez
District Court Judge