UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-cv-02944-KMM-JFD

United States of America,

    Plaintiff,

v.

1. Evergreen Recovery Inc.;
2. Evergreen Mental Health Services Inc.;
3. Ethos Recovery Clinic Inc.
4. Second Chances Recovery Housing Inc.;
5. Second Chances Sober Living, Inc.;
6. David Backus;
7. Shawn Grygo; and
8. Shantel Magadanz,

    Defendants.

**UNITED STATES' NOTICE OF NON-OPPOSITION TO COUNSEL'S MOTION TO WITHDRAW**

Plaintiff United States of America hereby notifies the Court that it does not oppose the Motion to Withdraw as Counsel of Record without Substitution filed by attorney Manda Sertich on August 13, 2024, ECF No. 48. However, the United States notes that no party has requested that the Court permit Defendants to access funds in the receivership estate to pay for counsel in this matter, nor has counsel, Defendant Shawn Grygo or Defendant David Backus represented to the Court that Defendants do not have other sources of funds available to them by which counsel could be retained.

To the extent the Court considers the representations made by Defendants Shawn Grygo and David Backus in the email to the Court filed at ECF No. 51, the United States notes that it denies many of the representations Defendants made and can provide a more detailed response at the Court's request.

Dated: August 16, 2024                ANDREW M. LUGER
                                       United States Attorney

                                       *s/ Emily M. Peterson*

                                       BY: EMILY M. PETERSON
                                       Assistant U.S. Attorney
                                       Attorney ID No. 0395218
                                       600 U.S. Courthouse
                                       300 South Fourth Street
                                       Minneapolis, MN 55415
                                       Emily.Peterson@usdoj.gov
                                       (612) 664-5600

                                       Attorneys for United States of America