UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-cv-02944-KMM-JFD

United States of America,

    Plaintiff,

v.  **NOTICE OF APPEARANCE**

1. Evergreen Recovery Inc.;
2. Evergreen Mental Health Services Inc.;
3. Ethos Recovery Clinic Inc.
4. Second Chances Recovery Housing Inc.;
5. Second Chances Sober Living, Inc.;
6. David Backus;
7. Shawn Grygo; and
8. Shantel Magadanz,

    Defendants.

PLEASE TAKE NOTICE that Ana H. Voss, Assistant United States Attorney, hereby notes her appearance as counsel for the United States of America with respect to the above-referenced matter. This appearance does not waive any defense or service as required by the Federal Rules of Civil Procedure.

Dated: August 16, 2024

ANDREW M. LUGER
United States Attorney

*s/ Ana H. Voss*
BY: ANA H. VOSS
Assistant U. S. Attorney
Attorney ID Number 483656DC
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN   55415
(612) 664-5600
ana.voss@usdoj.gov

Attorneys for United States of America