

City Center
33 South Sixth Street
Suite 3600
Minneapolis, MN  55402
612.607.7000   612.607.7100

RANELLE LEIER
Direct No: 612.607.7247
Email: rleier@foxrothschild.com

August 19, 2024

VIA CM/ECF

The Honorable Kate M. Menendez
United States District Court Judge
U.S. District Court
300 South Fourth Street
Minneapolis, MN 55415

**Re:** United States v. Evergreen Recovery Inc., et al.
Case No. 24-cv-2944 (KMM/JFD)

Dear Judge Menendez:

Pursuant to Paragraph D of the Order for Entry of Preliminary Injunction, Order Appointing Receiver, and Other Equitable Relief (Doc. 44) in the above-referenced case, Receiver Ranelle Leier hereby attests that she will comply with the terms of the Order and will well and truly perform the duties of the office of Receiver and will perform such lawful acts as the Court directs.

Sincerely,

/s/ Ranelle Leier

Ranelle Leier

RL:dkm
cc:      All Counsel of Record (via CM/ECF)
161579282.1

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington