UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 24-cv-02944 (KMM/JFD)

United States of America,

        Plaintiff,

v.

1.   Evergreen Recovery Inc.;
2.   Evergreen Mental Health Services Inc.;
3.   Ethos Recovery Clinic Inc.
4.   Second Chances Recovery Housing Inc.;
5.   Second Chances Sober Living, Inc.;
6.   David Backus;
7.   Shawn Grygo; and
8.   Shantel Magadanz,

        Defendants.

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that she is leaving the United States Attorney's Office and the United States of America will no longer be represented by Emily M. Peterson in this case.

Dated: August 5, 2025

JOSEPH H. THOMPOSN
Acting United States Attorney

*s/ Emily M. Peterson*

BY: EMILY M. PETERSON
Assistant U.S. Attorney
Attorney ID No. 0395218
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Emily.Peterson@usdoj.gov
(612) 664-5600