UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 0:24-cv-02944-KMM-JFD

**RECEIVED**
AUG 0 6 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America, Plaintiff,

v.

Evergreen Recovery Inc., et al., Defendants.

**LETTER FROM JUDGMENT CREDITOR**

My name is Seth McKee. I am a former employee of Evergreen Recovery Inc. and a judgment creditor.

1. A Conciliation-Court wage judgment in my favor was entered on March 13, 2025 (File 62-CO-24-3812).

2. That judgment was transcribed and docketed in Ramsey County District Court on June 16, 2025 at 08:33 AM (File 62-CV-25-4279) in the principal amount of $19,008.73.

3. I emailed the court-appointed Receiver, Ranelle A. Leier, on 8 April, 16 June, and 14 July 2025 requesting confirmation that my judgment would be included in any wage-creditor distribution. I have received no acknowledgment.

4. The Receiver's last public status report (ECF 61, 28 Mar 2025) stated that a motion for partial distribution of unpaid wages would be filed by mid-April 2025. As of today, no such motion appears on the docket.

**Attachments:**

1. Notice of Entry & Docketing of Judgment (6/16/25).

2. Transcript of Judgment.

**REQUEST**

I respectfully ask the Court to:



SCANNED
AUG 0 7 2025
U.S. DISTRICT COURT ST. PAUL

1. Direct the Receiver to acknowledge receipt of my judgment-creditor claim; and

2. Set a deadline for the Receiver to file a motion outlining the procedure and timeline for wage-creditor distributions.

I am prepared to supply any additional documentation the Court or the Receiver may require.

Thank you for your consideration.

Respectfully submitted,

*Seth McKee*

/s/ Seth McKee

Seth McKee

1716 Maryland Ave E

Saint Paul, MN 55106

(612) 518-5203

mckeeseth@gmail.com

Date: August 6, 2025