Filed in District Court
State of Minnesota
06/16/2025

RECEIVED
AUG 06 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

State of Minnesota | District Court
Ramsey County | Second Judicial District

Court File Number: **62-CV-25-4279**
Case Type: Transcript Judgment

## Notice of Entry and Docketing of Judgment

**Seth Michael McKee vs Evergreen Recovery Inc, David Michael Backus, Shawn Grygo**

You are hereby notified that a judgment has been entered and docketed in the above entitled matter.

| Judgment Information | |
|---|---|
| Entered Date | **March 13, 2025** |
| Docketed Date | June 16, 2025 |
| Docketed Time | 8:33 AM |
| Debtor(s) | **Evergreen Recovery Inc; David Michael Backus; Shawn Grygo.** |
| Creditor(s) | **Seth Michael McKee** |
| Monetary Award: | |
| Monetary Amount: | $19,008.73 |

A true and correct copy of this notice has been served pursuant to Minnesota Rules of Civil Procedure, Rule 77.04. Please be advised that notices sent to attorneys are sent to the lead attorney only.

Note: Costs and interest will accrue on any money judgment amounts from the date of entry until the judgment is satisfied in full.

Dated: June 16, 2025

Michael F. Upton
Court Administrator
Ramsey County District Court
15 West Kellogg Boulevard Room 170
St Paul MN  55102
651-266-8253



SCANNED AUG 07 2025 U.S. DISTRICT COURT ST. PAUL

Filed in District Court
State of Minnesota
06/16/2025

State of Minnesota  
Ramsey County

District Court  
Second Judicial District

Conciliation Court File Number: **62-CO-24-3812**  
District Court File Number: 62-CV-25-4279

Seth Michael McKee vs Evergreen Recovery Inc, David Michael Backus, Shawn Grygo

**Transcript of Judgment from Conciliation Court**

| JUDGMENT DEBTOR |
|---|
| Evergreen Recovery Inc; David Michael Backus; Shawn Grygo |

| JUDGMENT CREDITOR |
|---|
| Seth Michael McKee |

| ATTORNEY | ATTORNEY I.D. No. | ADDRESS | PHONE No. |
|---|---|---|---|
|  |  |  |  |

| DATE OF JUDGMENT | AMOUNT OF JUDGTMENT |
|---|---|
| 03/13/2025 | $19,008.73 |

| REMARKS |
|---|
|  |

This is a true transcript of the judgment entered by this Court.

Dated: June 16, 2025

Michael Upton  
Court Administrator  
Ramsey County District Court  
15 West Kellogg Boulevard Room 170  
St Paul MN  55102  
651-266-8253