UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-cv-02944-KMM-JFD

United States of America,

      Plaintiff,

  v.                                      **NOTICE OF APPEARANCE**

Evergreen Recovery Inc.;
Evergreen Mental Health Services Inc.;
Ethos Recovery Clinic Inc.;
Second Chances Recovery Housing Inc.;
Second Chances Sober Living, Inc.;
David Backus;
Shawn Grygo; and
Shantel Magadanz,

      Defendants.

PLEASE TAKE NOTICE that Ann M. Bildtsen, Assistant United States Attorney, hereby notes her appearance as counsel for the United States of America in this action.

Dated: September 11, 2025

JOSEPH H. THOMPSON
Acting United States Attorney

*s/ Ann M. Bildtsen*

BY: ANN MARIE BILDTSEN
Assistant U.S. Attorney
Attorney ID Number 271494
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Ann.Bildtsen@usdoj.gov
Attorneys for the United States