UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz,<br><br>        Defendants. | Court File No. 24-cv-2944 (KMM/JFD)<br><br>**RECEIVER'S MOTION FOR PARTIAL DISTRIBUTION OF RECEIVERSHIP FUNDS** |

Receiver Ranelle Leier (the "Receiver") respectfully moves to the Court for an Order granting this Motion and approving the Receiver's proposed partial distribution plan to distribute some of the funds held in the receivership. As detailed in the accompanying Memorandum in Support, the Receiver is seeking Court approval to distribute $250,000.00 to employees of the Receivership Entities[1] as payment of unpaid back wages, calculated on a modified pro rata basis.

This Motion is supported by the accompanying Memorandum in Support, the arguments of counsel, and the other filings of records in this matter.

WHEREFORE, the Receiver respectfully requests the Court to enter an order:

---

[1] The Receivership Entities are defined as Defendants Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., and Second Chances Sober Living, Inc. The Receiver was not appointed as the receiver for Defendants David Backus, Shawn Grygo, or Shantel Magadanz.

175406131.1

1. Granting the Receiver's Motion in its entirety;

2. Approving the Receiver's proposed Partial Asset Distribution Plan;

3. Authorizing the Receiver to pay from the Receivership Funds a total of $250,000.00 pursuant to the proposed Partial Asset Distribution Plan in the amounts and to the employees set forth in Exhibit 1 to the Declaration of Ranelle Leier, filed herewith;

4. Granting any other relief as may be reasonable or appropriate in connection with the Motion.

Dated: October 3, 2025					**FOX ROTHSCHILD LLP**

*/s/ Ranelle Leier*
Ranelle Leier
City Center
33 South Sixth Street
Suite 3600
Minneapolis, MN 55402
Tel:  612.607.7000
Fax:  612.607.7100
rleier@foxrothschild.com
Receiver for Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc.