UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz,<br><br>    Defendants. | Court File No. 24-cv-2944 (KMM/JFD)<br><br>**NOTICE OF HEARING ON RECEIVER'S MOTION FOR PARTIAL DISTRIBUTION OF RECEIVERSHIP FUNDS** |

  PLEASE TAKE NOTICE that Receiver Ranelle Leier (the "Receiver") will bring a Motion for Partial Distribution of Receivership Funds on Monday, November 24, 2025, at 1:00 PM CT, before the Honorable Katherine M. Menendez at the United States Courthouse located at 300 South Fourth Street, Minneapolis, MN 55415, Courtroom 14W.

Dated: October 3, 2025

**FOX ROTHSCHILD LLP**

*/s/ Ranelle Leier*
Ranelle Leier
City Center
33 South Sixth Street
Suite 3600
Minneapolis, MN 55402
Tel: 612.607.7000
Fax: 612.607.7100
rleier@foxrothschild.com
Receiver for Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc.

CASE 0:24-cv-02944-KMM-JFD   Doc. 69   Filed 10/03/25   Page 2 of 2