UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>*Plaintiff*<br><br>v.<br><br>Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz,<br><br>*Defendant*. | Court File No. 24-cv-2944 (KMM/JFD) |

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(f), I, Ranelle Leier, the Receiver, certify that this memorandum complies with the word limit in Local Rule 7.1(f)(1) because it is set in proportional font and contains 2,846 non-excluded words, as determined using the word count function of Microsoft Word for Microsoft 365, Version 2506. I certify that the word count function was set to include all text, including headings, footnotes, and quotations. This document complies with the type-size limit of Local Rule 7.1(h) because all text, including footnotes, appears in font size 13 as designated by Microsoft Word. All text is double-spaced with the exception of headings and footnotes, and pages are 8 ½ by 11 inches, with 1-inch margins.

/s/     Ranelle Leier

177741404.1