UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No. 24-cv-2944 (KMM/JFD) |
| Plaintiff, | |
| v. | |
| Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING RECEIVER'S MOTION FOR PARTIAL DISTRIBUTION OF RECEIVERSHIP FUNDS**

Before the Court is Receiver Ranelle Leier (the "Receiver") Motion For Partial Distribution of Receivership Funds, pursuant to which the Receiver is requesting Court approval of the Receiver's proposed partial distribution plan to distribution some of the funds held in the receivership ("Receivership Funds"). Having considered the Motion and all supporting materials, the Court makes the following findings:

1.   The Receiver was appointed pursuant to the Court's Order for Entry of Preliminary Injunction, Order Appointing Receiver, and Other Equitable Relief [Doc. No. 44] ("Receivership Order"). She was appointed as the Receiver for Defendants Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery

175455691.1

Housing Inc., and Second Chances Sober Living, Inc. (collectively, the "Receivership Entities").

2. The Receiver presented a proposed Partial Asset Distribution Plan to the Court setting forth the Receiver's proposal for distributing some of the Receivership Funds.

3. Under the Receiver's proposed Partial Asset Distribution Plan, employees of the Receivership Entities would participate in the distribution of Receivership Funds in the amount of $250,000.00 on an equal pro rata share of the distribution amount based upon such employee's unpaid wages, subject to a payment cap of $3,000.00.

4. The Court finds that proper notice of the November 24, 2025 hearing was provided by the Receiver to employees, creditors, and other interested parties.

5. The Court finds that the Receiver's proposed Partial Asset Distribution Plan is fair and reasonable, particularly in light of the amount of claims against the Receivership Entities and the limited amount of money available to satisfy such claims.

For the reasons set forth above, IT IS HEREBY ORDER THAT:

1. The Receiver's Motion is GRANTED in its entirety.

2. The Receiver's Partial Distribution Plan is APPROVED in all respects.

3. The Receiver is AUTHORIZED to pay from the Receivership Funds a total of $250,000.00.00 pursuant to the Partial Asset Distribution Plan in the amounts and to the employees set forth in Exhibit 1 to the Declaration of Ranelle Leier (Doc. No. ___) and to cap such payment amounts to each employee at $3,000.00.

Date: _____          _____
                                 Katherine Menendez
                                 United States District Judge

175455691.1