UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-cv-02944-KMM-JFD

United States of America,

        Plaintiff,

  v.                                              **CERTIFICATE OF COMPLIANCE**

Evergreen Recovery Inc.;
Evergreen Mental Health Services Inc.;
Ethos Recovery Clinic Inc.;
Second Chances Recovery Housing Inc.;
Second Chances Sober Living, Inc.;
David Backus;
Shawn Grygo; and
Shantel Magadanz,

        Defendants.

The undersigned certifies that this brief complies with the type-volume limitation of D. Minn. LR 7.1(f) and the type-size limitation of D. Minn. LR 7.1(h). The brief has 1,531 of Times New Roman type, font size 13. The brief was prepared using Word, which includes all text, including headings, footnotes and quotations in the word count.

Dated: October 24, 2025

DANIEL N. ROSEN
United States Attorney

*s/ Ann M. Bildtsen*

BY: ANN MARIE BILDTSEN
Assistant U.S. Attorney
Attorney ID Number 271494
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone:  612-664-5600
Email: Ann.Bildtsen@usdoj.gov
Attorneys for the United States