UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz,<br><br>        Defendants. | Court File No.  24-cv-2944 (KMM/JFD)<br><br>**RECEIVER'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL DISTRIBUTION OF RECEIVERSHIP FUNDS** |

On October 3, 2025, the Receiver filed the Motion For Partial Distribution of Receivership Funds (the "Motion") (Dkt. No. 68) by which the Receiver requested the Court to approve a partial distribution of the funds held by the Receiver (the "Receivership Funds").  The Receiver is seeking Court approval to implement the following partial asset distribution plan ("Partial Asset Distribution Plan"):

1. Authorize the Receiver to allocate $250,000.00 from the Receivership Funds for a partial distribution of unpaid employee back wages.

2. Authorize the Receiver to use the amounts set forth in Exhibit 1 to the Declaration of Ranelle Leier in the column labeled "Proposed Distribution – Capped" to calculate payments to the employees listed therein (Dkt. No. 71).

3. Authorize the Receiver to direct a payroll processing company to prepare checks for the employees listed on Exhibit 1 to the Declaration of Ranelle Leier, deducting applicable FICA, federal, and state withholdings.

4. Authorize the Receiver to deliver such checks to the Minnesota Department of Labor and Industry ("MNDLI") for distribution to the listed employees.

The only response to the Motion filed on the docket was by Plaintiff the United States of America. Plaintiff does not object to the Receiver's Motion. (Dkt. No. 73). The government, however, does request that all remaining funds after the partial distribution requested by the Motion, less the Receiver's fees and the payroll service company fees needed to implement the wage distribution, be distributed to the United States for forfeiture in the related criminal case[1] based on the federal priority statute, 31 U.S.C. § 3713.

As the government is not asking the Court to take any action on its request now and instead will be making a request for distribution of the remaining assets to the United States at a later time, the Receiver does not take any position on the government's request at this time. Instead, the Receiver will respond to the government's request once it files a motion. In the meantime, the Receiver will continue to act in accordance with the Receivership Order (Dkt. No. 44).

As indicated in the Receiver's Memorandum filed in support of the Motion (Dkt. No. 70), the Receiver used best efforts to provide notice of the Motion to employees of the Evergreen Entities and informed them of the ability to attend the hearing in person and to

---

[1] *United States of America v. Shawn Grygo, et al.*, 24-cr-00337-KMM-JFD.

provide comments on the proposed Partial Asset Distribution Plan either at the hearing or in writing before the hearing. In response to this notice, the Receiver received numerous calls and emails from former employees of the Evergreen Entities with questions regarding the Motion. Three former employees provided the Receiver with impact statements and requested that the Receiver provide those statements to the Court for consideration with the Motion. As such, attached as Exhibits 2-4 to the Second Declaration of Receiver Ranelle Leier ("Second Dec. of Receiver") are the impact statements provided to the Receiver by former employees.

In addition, the Receiver provided a copy of the Motion and supporting papers to MNDLI. In response, MNDLI provided the Receiver with a letter to the Court in support of the Receiver's Motion. Attached as Exhibit 1 to the Second Dec. of Receiver is a copy of MNDLI's letter.

The Receiver has not received any other statements either in support or opposition to the Motion for submission to the Court.

## **CONCLUSION**

For the reasons stated above and in the Receiver's opening Memorandum in Support, the Receiver respectfully requests that the Court enter an order granting the Receiver's Motion in its entirety and approving the Receiver's proposed Partial Asset Distribution Plan.

Respectfully submitted,

Dated: November 7, 2025   **FOX ROTHSCHILD LLP**

*/s/ Ranelle Leier*
Ranelle Leier
City Center
33 South Sixth Street
Suite 3600
Minneapolis, MN 55402
Tel: 612.607.7000
Fax: 612.607.7100
rleier@foxrothschild.com

Receiver for Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc.

178958016.2