UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No. 24-cv-2944 (KMM/JFD) |
| Plaintiff, | |
| v. | **SECOND DECLARATION OF RECEIVER RANELLE LEIER** |
| Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz, | |
| Defendants. | |

I, Ranelle Leier, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Court-Appointed Receiver in this case. I make this declaration in support of the Receiver's Motion for Partial Distribution of Receivership Funds.

2. This declaration is based on knowledge obtained from documents and data available to me as the Receiver.

3. Attached as **Exhibit 1** is a November 5, 2025 letter from the Minnesota Department of Labor and Industry, Labor Standards Division.

4. Attached as **Exhibit 2** is the September 6, 2025 Impact Statement from Evelyn Wright.

5. Attached as **Exhibit 3** is the September 7, 2025 Impact Statement from Juan Zabala de Hetterick.

6. Attached as **Exhibit 4** is the September 5, 2025 Impact Statement from Lisa Ricci.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2025  /s/  *Ranelle Leier*

Ranelle Leier