# EXHIBIT 2

Evelyn A. Wright



United States District Court

RE:

United States of America

Plaintiff

Evergreen Recovery Inc

Ethos Recovery Clinic Inc

David Backus

Shawn Grygo

Shantel Magadanz

    Defendants

<u>Impact Statement:</u>

Financial: Failure to receive my last month's wages forced me to reallocate and use my savings for monthly living expenses, Medicare costs and looking for new employment, instead of using it for necessary home maintenance repairs/ vehicle maintenance/ medical appointments and other things such as travel to visit my children and grandchildren.

I am owed at least $4, 267.17 in Net Wages after employee and employer tax withholding.

I believe that I am also entitled to $1,027.08 in penalty pay- per MN employment law. In addition, I experienced a loss of my expected income for 2 additional months while I was actively looking for another job. Approximately $8,500 that I would have made if I was working for an Ethical employer.

Emotional: When I learned my employer was not following the law re payment of wages owed and was possibly involved in fraud, I became concerned, stressed and worried. I also feared identity theft. After all, employers have substantial financial and other information about their employees that they obtain starting at application for a position. Early in July my paychecks were not cashable at Wells Fargo. Co- workers started talking about quitting or walking off the job. Rumors that many other employees quit before I had started my employment at ETOH's Recovery Clinic- due to not getting paid. The shocking Channel 11 News about Evergreen Recovery. Whistleblower's being sued for giving confidential information to the media. I was extremely worried about retaliation and still had an ethical duty to the patients I worked with. What would happen if all the employees suddenly quit? The patients needed daily medication and abruptly stopping it could lead to overdose or death, if they had to turn to illicit drug use to avoid withdrawal. I had to report it. I called DHS and they sent someone the next day. I was encouraged to start referring and giving the patients other resources. I was exceptionally afraid at that point. No way could I do the paperwork to discharge and refer to other treatment facilities (all 80 patients) in the time I had left. I started to give them the resources for other MAT clinics in the Metro area, and I found out I could suggest they go to the emergency room "if" the clinic closed for some reason. I had hoped DHS would have found a way to take over the clinic instead of closing it. I made a general vulnerable adult report covering all the patients. I spent hours researching and consulting about what to do. I lost sleep. I consulted with others that work for the County, or the State. Supervisors in the field. I was told to get out of there ASAP that I was working for bad people.  I didn't know what else to do. I felt betrayed, afraid of repercussions, worried about my association with an unethical place of business, worried about taxes and complications. Wondering why this wasn't investigated and stopped long before it was.

The people responsible for this made a lot of people suffer. Employees and patients/clients had their world turned upside down, while the people that participated in this fraudulent activity and profited from the pain they caused live relatively financially comfortable lives and will likely get a light penalty.

 Fraud is theft and it will affect us all. Payroll theft and Medicaid insurance theft– we all will pay for that. I hope the laws change to make sure they are held accountable and make them pay it all back somehow.

Sincerely Evelyn Wright, LADC

Dated: 09/06/2025