# EXHIBIT 3

**Juan Zabala de Hetterick**
**Date:** 09/07/2025



**To:**
United States District Court
District of Minnesota

---

Before this crime, I, Juan C. Zabala de Hetterick was a dedicated employee of Evergreen. I had financial goals of buying a new vehicle, going back to school and saving for retirement. I truly believed that the work environment was safe and secure for the seeable future.

Instead, I can't begin to tell you the emotional, mental, physical and financial anguish that Evergreen and this case have put on me as well as my family.

Financially we are still digging out a hole we had to make in credit debt during the months that I wasn't getting paid as well as after and we needed to rely on them as the bread winner to stay afloat. My credit took a dive as well as the uncertainty of health care. The search for a new job was stressful and time-consuming, causing further anxiety and stress.

The emotional and psychological toll was devastating. The betrayal of trust by the owners and upper management has been deeply upsetting. I now have a difficult time trusting others, especially in a professional manner. The constant worry about the future leads to constant stress, sleepless nights and anxiety. As well as taking a toll on my self-worth, I feel foolish not seeing the deception and lies sooner than I did!

Knowing that our clients and others were as impacted as they were too makes me sad, hurt and angry! All of us involved were forced to make sacrifices and I feel immense emotion for the hardships that this has caused all of us. The court should consider the full weight that the harm a few individuals placed on many of us not just the monetary losses. This fraud went above and beyond theft, it stole the sense of security, peace of mind and trust. I urge the court to issue a sentence that reflects the severity and impact it had on all of us and that restitution will be ordered to help recover from the devastating impact of their actions.

Thank you for your time and consideration

Sincerely

Juan Zabala de Hetterick

Sincerely,
**Your Full Name**

[Title]   2