# EXHIBIT 4

**Lisa Ricci**  **Date:** 9/5/2025



**To:**
United States District Court
District of Minnesota

---

    I am writing this statement to explain to the court the devastating impact that unpaid wages from Evergreen Recovery have had on my life as a single parent. After 3 payroll checks bouncing due to insufficient funds, I discovered that Evergreen was under Federal Investigation, and I resigned from my position in June of 2024.

    To start, I was unable to pay my rent. In September I received eviction paperwork taped to the front of my apartment door where I resided with my 2-year-old son. I applied for assistance through the county only to be denied because the county could not communicate with my former employer to confirm that I was not only unpaid for wages worked in the months of May and June, but to also confirm that I was no longer employed. I will add that I have been homeless as a single parent before, and this lack of security was extremely triggering. Thankfully, in August I was hired by a new company and began full-time employment. To pay for gas for my first day at that job I paid in coins that I had gathered because I did not have any other money.

    I faced eviction court in October of 2024 and was thankfully able to save the money I needed to reinstate my lease as well as expunge my eviction charge. In addition, I paid an additional $2,000 in attorney's fees to my landlord/property management, because of the eviction filings.

    In that time to secure housing for my son and myself, I was unable to pay daycare wages while searching for a new job, as well as saving to cover the debts that occurred after my lost wages from June 2024- October 2024 leaving me close to $10,000 in debt still to this date. Thankfully, my son's daycare has allowed him to stay in this program regardless of the delinquency. Please see attached statement from Community Child Care Center.

    Upon filing my 2024 taxes, my W2 from Evergreen Recovery was invalid stating that I had in fact received the wages that I am asking the courts to handle today in this writing. I instead left out my Evergreen employment and filed without claiming those taxed wages, which resulted in less of a return.

    I ask that action be taken immediately, and all wages be paid for myself, for my son, and all the other hard working Evergreen employees who have been taken advantage of by Shawn Grygo's greed.

Sincerely,
**Lisa Ricci**