UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz,<br><br>        Defendants. | Court File No. 24-cv-2944 (KMM/JFD)<br><br>**THIRD DECLARATION OF RECEIVER RANELLE LEIER** |

I, Ranelle Leier, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am the Court-Appointed Receiver in this case. I make this declaration in support of the Receiver's Motion for Partial Distribution of Receivership Funds.

2. This declaration is based on knowledge obtained from documents and data available to me as the Receiver.

3. Attached as **Exhibit 1** is the Impact Statement dated September 9, 2025 that I received from Benjamin Hoag.

4. Attached as **Exhibit 2** is the Impact Statement dated September 14, 2025 that I received from Sylvanus Ariole.

5. Attached as **Exhibit 3** is the Impact Statement dated September 14, 2025 that I received from Andree B. Ariole.

6. Attached as **Exhibit 4** is the November 17, 2025 e-mail I received from Heather Wilmes.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 21, 2025          /s/     Ranelle Leier
                                  Ranelle Leier