# EXHIBIT 1

**Benjmain Hoag**  **Date:** 09/09/25



**To:**
United States District Court
District of Minnesota

---

Updated Statement of Impact of original statement that was sent in on 08/19/25.

Dear Melissa

This impact of a month without pay has been harsh on not just me, but most of the staff at Evergreen. This has impacted me as I have worked tirelessly for 104 hours with no pay. I myself have a mortgage to pay and am getting married soon, and not having the funds to cover everything has negatively impacted my life. If I have gotten paid in a timely manner I would not be struggling. I ask that we prioritize paying the Evergreen employees as some can't afford their rent or even groceries. Paying us will help us get back on track with trying to find employment and catching up on late bills from the impacts on not getting paid. I am currently owed over $7,000 and I know that some are owed even more.

Update as of 09/09/25:

It has been over a year, and I still have not received my unpaid wages of over $7,000+. I was able to secure a job but was still negatively impacted during the time I was not paid as I had to ask for money from family to help with my wedding and had to dip into my savings to continue to provide groceries for me and my wife. Our honeymoon was also on a tight budget due to the unpaid wages and had to use more of my savings to pay for the expenses. At this time, I am currently financially stable, but I am still wanting to fight for my unpaid wages as I can use that money to provide for my family and pay off my outstanding debts.

Sincerely,
Benjamin David Hoag