# EXHIBIT 2

Sylvanus Ariole										September 14, 2025



To:

United States District Court

District of Minnesota

The uncertainty surrounding my financial situation has been overwhelming due to my unpaid wages by Evergreen Treatment Center. The inability to access my wages meant that I struggled to meet essential living expenses, including rent, utilities, and groceries. I found myself having to make difficult choices between paying bills and buying necessary items for my household. This ongoing financial instability has significantly affected my mental health, leading to heightened anxiety and stress. Moreover, the situation has eroded my trust in the workplace and the employment system. I had dedicated my time and effort to my role at the Evergreen Recovery, only to be met with such a distressing outcome. I hope that my experience sheds light on the profound impact that wage theft can have on individuals, extending beyond immediate financial loss to encompass emotional, psychological, and social repercussions. Thank you for your attention to my case, and I look forward to your continued support in rectifying this situation.

Sincerely,

*S. Andy*

Sylvanus Ariole