Andree B. Ariole

Date: September 14, 2025

[redacted]

To:

United States District Court

District of Minnesota

The uncertainty caused by Evergreen Recovery's failure to pay my wages not only me but also my husband placed a severe and lasting burden on our lives.

Financially, the lack of wages left us in difficulty paying rent, utilities, groceries, and medical expenses and the inability to support some of our family members who depend on us each month. The stress of this situation has been overwhelming, heightening our anxiety and leaving us emotionally drained.

Beyond the financial and emotional struggles, this experience has been demoralizing and has shaken my faith in the fairness of the workplace. My husband and I dedicated our time, effort, and commitment to Evergreen, only to be left without the wages we had rightfully earned. This matter has not only eroded our trust in our employer but has also deeply affected us morally, leaving us discouraged and disheartened. What should have been a secure and stable source of employment became instead a source of hardship that disrupted both our household and our ability to care for those who rely on us. I respectfully ask the Court to recognize the seriousness of this matter and the profound consequences it has had on us as a couple and as a family.

Sincerely, *[signature]*

Andree B. Ariole