# EXHIBIT 4

**From:**          Heather Wilmes ███████████████
**Sent:**          Monday, November 17, 2025 11:24 PM
**To:**            Leier, Ranelle
**Subject:**       [EXT] Re: US v. Evergreen Recovery Inc., et al., Court File No. 24-cv-2944 - Motion for
                   Partial Distribution of Receivership Funds

**Follow Up Flag:**    Follow up
**Flag Status:**       Completed


I would like whoever that needs to hear this, hear. My dear friend Angel, who was not paid for her labor passed away this past week. She was the most dedicated human being ever. She started at evergreen with me and went unpaid. Even with cancer, she managed to get up every day and work and advocate for the clients she cared for. It makes me so sad to think she went without pay for her services and her family suffered. We are all real humans. I wish we never started at evergreen because I know the stress added to her suffering.


Heather A Wilmes


On Fri, Oct 3, 2025 at 3:15 PM Leier, Ranelle <rleier@foxrothschild.com> wrote:


Hello:


I am the Court-appointed Receiver for Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., and Second Chances Sober Living, Inc. (the "Receivership Entities"). You are receiving this email because you have been identified as a former employee of one of the Receivership Entities.


Today, I filed a motion with the court requesting approval to make a distribution of part of the assets being held in the receivership to employees of the Receivership Entities as payment of unpaid back wages. Attached are copies of the motion papers:


1. Motion for Partial Distribution of Receivership Funds
2. Notice of Hearing on Motion
3. Memorandum in Support of Motion for Partial Distribution of Receivership Funds
4. Declaration of Receiver, with proposed Partial Asset Distribution Plan
5. Proposed Order

1

As indicated in the Notice of Motion, a hearing on the proposed Partial Asset Distribution Plan will be held on Monday, November 24, 2025 at 1 pm CT before the Honorable Katherine M. Menendez at the United States Courthouse, located at 300 South Fourth Street, Minneapolis, MN in Courtroom 14W.

As a former employee of the Receivership Entities, you are entitled to attend this hearing.  You may also provide comments on the proposed Asset Distribution Plan either in writing before the hearing or at the hearing.

Thank you.



**Ranelle Leier**
**Partner**

 (612) 607-7247
✉ rleier@foxrothschild.com

📍 City Center
33 S. Sixth Street
Suite 3600
Minneapolis, MN 55402

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.