## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America & State of Minnesota *ex rel.* Patrick Johnson, *Relator*, | Civil No. 23-cv-2533 (JWB/DJF) |
| Plaintiff, | |
| v. | **ORDER FOR REASSIGNMENT OF RELATED CASES** |
| Evergreen Recovery, Inc., | |
| Defendants. | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | |
| United States of America, | Civil No. 24-cv-2944 (KMM/JFD) |
| Plaintiff, | |
| v. | |
| Evergreen Recovery Inc., et al., | |
| Defendants. | |

Case No. 23-cv-2533 having been assigned to Judge Jerry W. Blackwell and Magistrate Judge Dulce J. Foster and Case No. 24-cv-2944 having later been assigned to Judge Katherine M. Menendez and Magistrate Judge John F. Docherty and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 23-cv-2533 be assigned to Judge Katherine M. Menendez and Magistrate Judge John F. Docherty, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk

of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Order for Assignment of Cases filed July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: December 8, 2025 at       <u>s/Katherine M. Menendez</u>
                                 KATHERINE M. MENENDEZ
                                 United States District Judge


Dated: December 8, 2025 at       <u>s/ Jerry W. Blackwell</u>
                                 JERRY W. BLACKWELL
                                 United States District Judge