**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | No. 24-cv-2944 (KMM/JFD) |
| Plaintiff, | |
| v. | |
| | **ORDER** |
| Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz, | |
| Defendants. | |

On December 1, 2025, the Court ordered a partial distribution of receivership funds in this case. (Dkt. 79.) That Order required the Receiver to pay former employees of the Evergreen entities a portion of the unpaid wages owed to them.

The Court has received recent inquiries from former employees who expected to receive payment but have not yet received any funds. It is important that funds be dispersed in a timely manner in compliance with the Court's Order. And the Court, former employees, and interested parties must be kept apprised of the status of the receivership in this matter. Additionally, this matter must be moved toward final resolution. Therefore, **IT IS HEREBY ORDERED THAT**:

1. **On or before April 29, 2026**, the Receiver shall file a detailed update identifying what payments have been made in compliance with the Court's December 1, 2025 Order, what payments remain, and whether any barriers remain to finalizing the identified payments.

1

2.    The United States shall meet and confer with the Receiver regarding distribution of remaining unallocated funds in this matter.

3.    **On or before May 15, 2026**, the United States must file its Motion for Distribution of the remaining assets to the government if it still wishes to do so. (*See* Dkt. 73.)

4.    **On or before May 21, 2026**, the Receiver must file any competing proposal for distribution of remaining assets.

**IT IS SO ORDERED.**

Date: April 15, 2026                              *s/Katherine M. Menendez*
                                                 Katherine M. Menendez
                                                 United States District Judge