UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No.  24-cv-2944 (KMM/JFD) |
| Plaintiff, | |
| v. | **RECEIVER'S STATUS REPORT REGARDING DISTRIBUTION PAYMENTS TO FORMER EMPLOYEES** |
| Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc., David Backus, Shawn Grygo, and Shantel Magadanz, | |
| Defendants. | |

Pursuant to the Court's Order dated April 15, 2026 (Dkt. 81), the Receiver provides the following update regarding payments made in accordance with the Court's Order for partial distribution of receivership funds.  (Dkt. 79.)

The Court's Order authorized payment to 131 former employees of Evergreen Recovery Inc. and Ethos Recovery Clinic Inc.  As of March 25, 2026, 128 checks for these former employees had been provided to the Minnesota Department of Labor and Industry (MDLI) for distribution to the former employees.  Based upon communications with the MDLI, all 128 checks have been distributed, with either the former employees picking up their checks directly at MDLI's office or by MDLI mailing the check to the former employee's last known address.[1]  According to the MDLI, none of the checks that were

---

[1]    The Receiver provided MDLI with all change-of-address notifications received from the former employees.

mailed have been returned to the Department.  As of the date of this status report, the Receivership bank account records show that all but eight of the 128 checks have been cashed.  At the Receiver's request, the MDLI is contacting the eight former employees with uncashed checks to confirm they were received.

Turning to the remaining three former employees whose checks have not yet been issued, the Receiver reports as follows.  The check for one employee cannot be issued until the former employee returns completed state and federal W-4 forms.  The MDLI has mailed the forms to the former employee and also sent emails and left voicemails for the individual, requesting that he complete and return the forms.  The MDLI continues to contact this former employee to obtain the completed forms.  As soon as the completed forms are received, the Receiver will direct the payroll processing company to issue this check.

The checks for the remaining two employees have not yet been issued because of the need to reopen the withholding tax account with the Arizona Department of Revenue ("Arizona DOR") and open a new unemployment tax account with the Arizona Department of Economic Security ("Arizona DES").  The payroll processing company attempted to reopen these accounts by submitting the required Arizona Joint Tax Application to the Arizona DOR on behalf of Evergreen Recovery Inc., but the withholding tax account remained in "suspended" status.  The Receiver attempted to contact the Arizona DOR to learn why the account was in suspended status, however, the Arizona DOR required that a General Disclosure/Representation Authorization Form be completed before it would discuss the account.  After submitting the completed Form and waiting for the Arizona

2

DOR to process it, the Receiver's office was able to reopen the withholding tax account with the Arizona DOR.

Next, the Receiver attempted to contact the Arizona DES to reopen the unemployment tax account. After numerous attempts to speak with a representative and the calls being disconnected due to high call volumes, the Arizona DES informed the Receiver that a new unemployment account would need to be opened instead of being able to reopen Evergreen Recovery Inc.'s old account. To open the new account, the Arizona DES must receive the completed Arizona Joint Tax Application form from the Arizona DOR. As of the date of this status report, Arizona DES has informed the Receiver that it had not yet received the form from Arizona DOR. Per the Arizona DES, once it receives the form, it may take up to 30 days for Arizona DES to process the form and for the new unemployment tax account to be opened. The Receiver will continue to monitor the opening of the unemployment tax account and direct the payroll processing company to prepare these checks once the Arizona unemployment tax account is open.

In summary, of the 131 authorized payments, 128 checks have been distributed and 120 have been cashed. The Receiver is actively working to resolve the outstanding issues affecting the remaining three checks and will direct the payroll processing company to issue the checks once the issues are resolved.

3

Respectfully submitted,

Dated: April 29, 2026                    **FOX ROTHSCHILD LLP**


                                         */s/ Ranelle Leier*
                                         Ranelle Leier
                                         City Center
                                         33 South Sixth Street
                                         Suite 3600
                                         Minneapolis, MN 55402
                                         Tel:  612.607.7000
                                         Fax:  612.607.7100
                                         rleier@foxrothschild.com

                                         Receiver for Evergreen Recovery Inc.,
                                         Evergreen Mental Health Services Inc.,
                                         Ethos Recovery Clinic Inc., Second
                                         Chances Recovery Housing Inc., Second
                                         Chances Sober Living, Inc.