**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

No. 24-cv-2944 (KMM/JFD)

     Plaintiff,

v.

**ORDER**

Evergreen Recovery Inc., Evergreen
Mental Health Services Inc., Ethos
Recovery Clinic Inc., Second Chances
Recovery Housing Inc., Second Chances
Sober Living, Inc., David Backus, Shawn
Grygo, and Shantel Magadanz,

     Defendants.

On April 15, 2026, the Court issued an Order setting forth deadlines for the partial distribution of receivership funds to move the matter toward a timely final resolution. (Dkt. 81.) Specifically, the Court ordered that "on or before April 29, 2026, the Receiver shall file a detailed update identifying what payments have been made in compliance with the Court's December 1, 2025 Order, what payments remain, and whether any barriers remain to finalizing the identified payments." (*Id.*) The United States was ordered to "meet and confer with the Receiver regarding distribution of remaining unallocated funds in this matter," and, on or before May 15, 2026, file a Motion for Distribution of the remaining assets to the government if it wishes to do so. (*Id.*) Finally, the Court ordered that on or before May 21, 2026, the Receiver must file any competing proposal for distribution of remaining assets. (*Id.*)

1

In light of those upcoming deadlines, the Court **ORDERS** that any interested party shall file any opposition, alternative proposal, or any other information deemed relevant within thirty (30) days of the filing of the Receiver's proposal. The Court will consider any requests for replies or responses to the June 22, 2026 submissions after receiving them. The Court will also set a hearing following the completion of briefing.

**IT IS SO ORDERED.**

Date: May 12, 2026

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge