UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-cv-02944-KMM-JFD

United States of America,

Plaintiff,

v.

Evergreen Recovery Inc.;
Evergreen Mental Health Services Inc.;
Ethos Recovery Clinic Inc.;
Second Chances Recovery Housing Inc.;
Second Chances Sober Living, Inc.;
David Backus;
Shawn Grygo; and
Shantel Magadanz,

Defendants.

**UNITED STATES OFAMERICA'S MOTION FOR DISTRIBUTION OF REMAINING RECEIVERSHIP FUNDS**

Pursuant to the Court's Order dated April 15, 2026 (Dkt. 81), the Federal Priority Statute, 31 U.S.C. § 3713, and for the reasons set forth in the memorandum of law supporting this motion, the United States of America (United States) moves the Court for the distribution of the remaining receivership assets -- after the Receiver's payment of the employee claims pursuant to the Court's Order (Dkt. 79) and the Receiver's attorney's fees and administrative expenses -- to the United States.  The United States seeks to apply the remaining assets to a resolution of the False Claims Act claims against Evergreen Recovery, Inc. brought by the relator in *United States of America and the State of Minnesota, ex rel. Patrick Johnson v. Evergreen Recovery, Inc., Shawn Grygo, David Backus, Shantel Magadanz, and Heather Heim,* 23-cv-2533-KMM-JFD.  Alternatively, the United States requests that the funds be distributed to the United States for forfeiture in the

related criminal case, *United States v. Shawn Grygo, Shantal Magadanz, and Heather Heim*, 24-cr-337-KMM-JFD (D. Minn.).

Dated:  May 15, 2026

DANIEL N. ROSEN
United States Attorney

*s/ Ann M. Bildtsen*

BY: ANN MARIE BILDTSEN
Assistant U.S. Attorney
Attorney ID Number 271494
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Ann.Bildtsen@usdoj.gov
Attorneys for the United States