# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.

Evergreen Recovery Inc.,
Evergreen Mental Health Services Inc.,
Ethos Recovery Clinic Inc.,
Second Chances Recovery Housing Inc.,
Second Chances Sober Living, Inc.,
David Backus,
Shawn Grygo, and
Shantel Magadanz,

       Defendants.

Case No. 24-cv-2944 (KMM/JFD)

**ORDER**

Defendants Shawn Grygo and David Backus, who are currently unrepresented in this matter, have expressed concerns about not receiving recent filings on the docket in this matter. On April 29, 2026, Ms. Grygo emailed chambers to inquire why she wasn't receiving service and was directed to contact the Clerk's Office to address the matter. A clerk spoke with Ms. Grygo on the phone and asked for her address and email address to enable direct electronic and paper service, but Ms. Grygo declined to provide that information. Despite this, the Court ensured that its most recent Order setting a schedule for next steps was both emailed and mailed to Ms. Grygo.

The Court now directs the Clerk's Office to add Ms. Grygo and Mr. Backus's address to the docket to ensure she receives service of documents filed by the Court. Their mailing address is known to the Court and Probation & Pretrial Services, and that

information will be provided to the Clerk's Office to enable service. This will ensure delivery of all documents to Ms. Grygo and Mr. Backus in the future.

The Court further directs the United States and the Receiver in this matter to mail any future filings to Ms. Grygo and Mr. Backus. Out of an abundance of caution, the recent documents filed by the United States (Dkt Nos. 84 – 88) will be remailed and emailed to Ms. Grygo and Mr. Backus upon entry of this order.

Finally, the Court encourages Ms. Grygo and Mr. Backus to sign up for electronic service using the following link: https://www.mnd.uscourts.gov/sites/mnd/files/forms/Pro-Se-Litigant-Application.pdf.

**ORDER**

**IT IS HEREBY ORDERED THAT**:

1. The Clerk's Office is to list Shawn Grygo and David Backus as Pro Se on the docket, adding their mailing address for contact information.

2. The parties in this matter are to include Shawn Grygo and David Backus in service of any documents filed on the docket.

3. If Shawn Grygo or David Backus have a change in address, they are required to call the clerk's office to update their contact information.

Dated: May 21, 2026                          *s/Katherine M. Menendez*
                                             United States District Judge
                                             District of Minnesota