# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 0:24-cv-02944-KMM-JFD |
| Plaintiff, | **STATUS REPORT** |
| v. | [NO HEARING REQUIRED] |
| EVERGREEN RECOVERY, INC., et al. | |
| Defendants. | |

## STATUS REPORT RE: DISPOSITION OF ASSESTS IN RECEIVER'S ACCOUNT

Defendants David Backus ("Backus") and Evergreen Mental Health Services, Inc. ("Evergreen") submit the following status report regarding disposition of the assets remaining in the Receiver's account.

Counsel for the Government and counsel for Backus/Evergreen are engaged in candid and good faith discussions regarding the disposition of any assets remaining in the Receiver's account. The parties respectfully request additional time, up to and including July 24, 2026, to further discuss and confirm the assets within the Receivership estate. Counsel, between themselves, envision a pathway leading to a resolution but at the present time there is no agreement.

1

Counsel for Backus/Evergreen will be unavailable from July 30, 2026, through August 20, 2026.

Date: July 7, 2026                    Respectfully submitted,


*/s/ Michael J. Khouri*
Michael J. Khouri
CA SBN 97654 (Admitted Pro Hac Vice)
KHOURI LAW FIRM, APC
101 Pacifica, Suite 120
Irvine, California 92618
(949) 336-2433
service@khourilaw.com

Attorney for Defendants,
EVERGREEN MENTAL HEALTH SERVICES,
INC. and DAVID BACKUS

2