**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

      Plaintiff,

v.

Evergreen Recovery Inc., Evergreen
Mental Health Services Inc., Ethos
Recovery Clinic Inc., Second Chances
Recovery Housing Inc., Second Chances
Sober Living, Inc., David Backus, Shawn
Grygo, and Shantel Magadanz,

      Defendants.

No. 24-cv-2944 (KMM/JFD)

**ORDER**

---

This matter involves a receivership of assets seized from numerous corporate entities and individuals following allegations of fraud raised by the United States. On May 15, 2026, the United States moved for distribution of the remaining funds in the receivership to the government. (Dkt. 84.) In response, the Receiver, Ranelle Leier, filed a memorandum largely supporting that outcome and explaining why alternative plans involving distributions to other creditors were likely unworkable. (Dkt. 89.)

The Court had established a deadline of June 21, 2026, for any party to file an opposition to the proposed distribution of funds. (Dkt. 83.) Shortly before that deadline, Defendant David Backus, then proceeding pro se, requested additional time to oppose the government's seizure of the remaining funds in the receivership. (Dkt. 92.) The Court granted his request and gave Mr. Backus until July 7, 2026 to file his opposition. (Dkt. 91.)

1

Mr. Backus and one of the Evergreen entities, Evergreen Mental Health Services Inc., then secured counsel. (*See* Dkts. 97–98.)

On July 7, Mr. Backus and Evergreen Mental Health Services Inc., through counsel, advised the Court that they were in discussion with the United States regarding a possible agreement related to distribution of the remaining funds. (Dkt. 99.) Accordingly, those three parties seek a further extension of the deadline for filing oppositions to the joint proposal of the United States and the Receiver.

The Court welcomes the parties' efforts to resolve this case through a negotiated settlement. Therefore, the request for additional time is **GRANTED** as follows:

1. Any person or entity wishing to file any memorandum in support of or in opposition to the proposal of the Receiver and the United States for distribution of funds may have until **July 24, 2026** to do so. This includes Mr. Backus and Evergreen Mental Health Services Inc., as well as any creditors of any of the Evergreen entities, and anyone else with an interest in the outcome of these proceedings.

2. Counsel for Mr. Backus, Evergreen Mental Health Services Inc., and the United States must also confer with the Receiver, Ranelle Leier, in their efforts to resolve Mr. Backus's objection to the joint proposal of the government and the Receiver.

3. In lieu of a memorandum in opposition, Mr. Backus, Evergreen Mental Health Services Inc., the United States, and the Receiver may file a joint status report setting forth the progress of their negotiations, proposing an alternative briefing schedule, or seeking a status conference. Such a filing must be made **on or before July 24, 2026**.

**IT IS SO ORDERED.**

Date: July 8, 2026

s/Katherine M. Menendez
Katherine M. Menendez
United States District Judge