UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:24-cv-02944-KMM-JFD

United States of America,

        Plaintiff,

      v.

Evergreen Recovery Inc.;
Evergreen Mental Health Services Inc.;
Ethos Recovery Clinic Inc.;
Second Chances Recovery Housing Inc.;
Second Chances Sober Living, Inc.;
David Backus;
Shawn Grygo; and
Shantel Magadanz,

        Defendants.

**JOINT STATUS REPORT BY UNITED STATES OF AMERICA, DAVID BACKUS/EVERGREEN MENTAL HEALTH SERVICES INC., AND THE RECEIVER**

The United States, Defendants David Backus and Evergreen Mental Health Services Inc., and the Receiver file this joint status report pursuant to the Court's Order filed July 8, 2026 (Dkt. 100).

Following the United States' motion to distribute the remaining receivership assets, Mr. Backus and Evergreen Mental Health Services Inc. retained counsel, Mr. Khouri, who entered his appearance on June 24, 2026. The United States and Mr. Khouri have been discussing resolution of the United States' motion over the past few weeks. This discussion has also included the Receiver. While some progress was made, the discussions are at a point where it would be helpful to have a status conference with the Court.

The United States, Mr. Backus and Evergreen Mental Health Services Inc., and the Receiver, therefore, jointly and respectfully request a status conference with the Court. Mr.

Khouri is able to participate by Zoom only given his location in California and health circumstances.

Dated:  July 24, 2026

DANIEL N. ROSEN
United States Attorney

s/ Ann M. Bildtsen

BY: ANN MARIE BILDTSEN
Assistant U.S. Attorney
Attorney ID Number 271494
300 South Fourth Street, Suite 600
Minneapolis, MN 55415
Phone: 612-664-5600
Email: Ann.Bildtsen@usdoj.gov
Attorneys for the United States

FOX ROTHSCHILD LLP

s/ Ranelle Leier

Ranelle Leier
City Center
33 South Sixth Street
Suite 3600
Minneapolis, MN 55402
Tel: 612.607.7000
Fax: 612.607.7100
rleier@foxrothschild.com
Receiver for Evergreen Recovery Inc., Evergreen Mental Health Services Inc., Ethos Recovery Clinic Inc., Second Chances Recovery Housing Inc., Second Chances Sober Living, Inc.

KHOURI LAW FIRM, APC

s/ Michael J. Khouri

Michael J. Khouri
101 Pacifica, Suite 120
Irvine, California 92618

2

Telephone (949) 336-2433
Fax: (949) 387-0044
Email: mkhouri@khourilaw.com
Attorney for Defendants Evergreen Mental Health Services, Inc. and David Backus