Michael J. Khouri, Esq. [SBN 97654]
KHOURI LAW FIRM, APC
101 Pacifica, Suite 120
Irvine, California 92618
Phone: (949) 336-2433
Fax: (949) 387-0044
Email: mkhouri@khourilaw.com

Attorney for Defendants
**DAVID BACKUS and EVERGREEN MENTAL HEALTH SERVICES INC.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**EVERGREEN RECOVERY INC.; EVERGREEN MENTAL HEALTH SERVICES INC.; ETHOS RECOVERY CLINIC INC.; SECOND CHANCES RECOVERY HOUSING INC.; SECOND CHANCES SOBER LIVING, INC.; DAVID BACKUS; SHAWN GRYGO; and SHANTEL MAGADANZ,**<br><br>Defendants. | **Case No.** 24-cv-2944 (KMM/JFD)<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

## I. INTRODUCTION AND FACTS

This is a motion brought under Local Rule 83.7(c) in which KHOURI LAW FIRM, APC and MICHAEL J. KHOURI seek permission to withdraw as attorneys of record for DAVID BACKUS and the EVERGREEN MENTAL HEALTH SERVICES INC. The facts which form the basis of this motion are set forth in the Declaration of Michael J. Khouri filed concurrently herewith.

/ / /

/ / /

/ / /

## II. THE COURT SHOULD GRANT THIS MOTION BECAUSE ONCE DISCHARGED, A LAWYER MUST WITHDRAW FROM REPRESENTATION OF A CLIENT

Under Rule 1.16(a)(3) of the Minnesota Rules of Professional Conduct, a lawyer must withdraw from representation of a client once discharged. Here, Mr. Khouri was terminated on September 8, 2026. Consistent with Rule 1.16(a)(3), Mr. Khouri and his law office seek permission from the Court to withdraw, and the Court should grant such permission.

## III. THE COURT SHOULD GRANT THIS MOTION BECAUSE CONTINUED REPRESENTATION MAY RESULT IN VIOLATION OF THE RULES OF PROFESSIONAL CONDUCT

Under Rule 1.16(a)(1) of the Minnesota Rules of Professional Conduct, a lawyer must withdraw if continued representation will result in a violation of the Rules of Professional Conduct or other provisions of law.

Given Mr. Backus's recent pro se filing, it appears doubtful whether he intends to comply with the Court's August 12, 2026 Order.

The Court should grant Mr. Khouri permission to withdraw, as continued representation may put Mr. Khouri in a position of aiding or assisting noncompliance with the Court's Order.

## IV. CONCLUSION

For all the foregoing reasons, the Court should grant this Motion.

**Dated:** September 24, 2026

Respectfully submitted,
**KHOURI LAW FIRM, APC**

*/s/ Michael J. Khouri*
**Michael J. Khouri**
Attorney for Defendants,
**DAVID BACKUS and EVERGREEN MENTAL HEALTH SERVICES INC.**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Case No.** 24-cv-2944 (KMM/JFD)

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**DAVID BACKUS and EVERGREEN MENTAL HEALTH SERVICES INC.,**
Defendants.

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the above-entitled action. My physical business address is 101 Pacifica, Suite 120, Irvine, California 92618, and my electronic service address is service@khourilaw.com.

On September 24, 2026, I served the foregoing document:

**MOTION TO WITHDRAW AS COUNSEL**:

On:

| | |
|---|---|
| **ANN MARIE BILDTSEN**<br>Assistant U.S. Attorney<br>300 South Fourth Street, Suite 600<br>Minneapolis, MN 55415<br>Phone No. (612) 644-5600<br>Email: Ann.Bildtsen@usdoj.gov | **Attorney for the United States** |

**[BY ELECTRONIC MAIL]:** I caused the electronic transmission of the above-referenced document to the above addressee.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 24, 2026, at Irvine, California.

*/s/ Hannah Meyerson*
Hannah Meyerson