Michael J. Khouri, Esq. [SBN 97654]
KHOURI LAW FIRM, APC
101 Pacifica, Suite 120
Irvine, California 92618
Phone: (949) 336-2433
Fax: (949) 387-0044
Email: mkhouri@khourilaw.com

Attorney for Defendants,
**DAVID BACKUS and the EVERGREEN MENTAL HEALTH SERVICES INC.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br>v.<br><br>**EVERGREEN RECOVERY INC.; EVERGREEN MENTAL HEALTH SERVICES INC.; ETHOS RECOVERY CLINIC INC.; SECOND CHANCES RECOVERY HOUSING INC.; SECOND CHANCES SOBER LIVING, INC.; DAVID BACKUS; SHAWN GRYGO; and SHANTEL MAGADANZ,**<br><br>Defendants. | **Case No.** 24-cv-2944 (KMM/JFD)<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**<br><br>**Date:** To be determined by the Court<br>**Time:** To be determined by the Court<br>**Place:** To be determined by the Court |

**TO ALL INTERESTED PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that KHOURI LAW FIRM, APC and Michael J. Khouri will move the Court for an Order permitting them to withdraw as counsel of record for Defendants David Backus and Evergreen Mental Health Services Inc.

The Motion will be heard at a date and time to be determined by the Court, or as otherwise directed by the Court.

The Motion is made pursuant to Local Rule 83.7(c) of the Local Rules of the United States District Court for the District of Minnesota and the applicable provisions of the Minnesota Rules of Professional Conduct.

/ / /

The Motion is based upon the Motion to Withdraw as Counsel, the Declaration of Michael J. Khouri, the accompanying Memorandum of Law, the records and files in this action, and such other matters as may properly come before the Court.

Dated: September 24, 2026

Respectfully submitted,
**KHOURI LAW FIRM, APC**

*/s/ Michael J. Khouri*
**Michael J. Khouri**
Attorney for Defendants
**DAVID BACKUS and EVERGREEN MENTAL HEALTH SERVICES INC.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Case No.** 24-cv-2944 (KMM/JFD)

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**DAVID BACKUS and EVERGREEN MENTAL HEALTH SERVICES INC.,**
Defendants.

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the above-entitled action. My physical business address is 101 Pacifica, Suite 120, Irvine, California 92618, and my electronic service address is service@khourilaw.com.

On September 24, 2026, I served the foregoing document:

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

On:

| | |
|---|---|
| **ANN MARIE BILDTSEN**<br>Assistant U.S. Attorney<br>300 South Fourth Street, Suite 600<br>Minneapolis, MN 55415<br>Phone No. (612) 644-5600<br>Email: Ann.Bildtsen@usdoj.gov | **Attorney for the United States** |

**[BY ELECTRONIC MAIL]:** I caused the electronic transmission of the above-referenced document to the above addressee.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 24, 2026, at Irvine, California.

*/s/ Hannah Meyerson*
Hannah Meyerson