Michael J. Khouri, Esq. [SBN 97654]
KHOURI LAW FIRM, APC
101 Pacifica, Suite 120
Irvine, California 92618
Phone: (949) 336-2433
Fax: (949) 387-0044
Email: mkhouri@khourilaw.com

Attorney for Defendants,
**DAVID BACKUS and the EVERGREEN MENTAL HEALTH SERVICES INC.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br>v.<br><br>**EVERGREEN RECOVERY INC.; EVERGREEN MENTAL HEALTH SERVICES INC.; ETHOS RECOVERY CLINIC INC.; SECOND CHANCES RECOVERY HOUSING INC.; SECOND CHANCES SOBER LIVING, INC.; DAVID BACKUS; SHAWN GRYGO; and SHANTEL MAGADANZ,**<br><br>Defendants. | **Case No.** 24-cv-2944 (KMM/JFD)<br><br>**DECLARATION OF MICHAEL J. KHOURI IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL** |

I, Michael J. Khouri, declare as follows:

1. I am an attorney licensed to practice in all courts of the States of California and Texas. I have been admitted pro hac vice in this matter to represent Defendants DAVID BACKUS and EVERGREEN MENTAL HEALTH SERVICES INC. The record in this matter reflects that I represent Mr. Backus and Evergreen Mental Health Services Inc.

2. This Declaration is submitted in support of the Motion of KHOURI LAW FIRM, APC and MICHAEL J. KHOURI to withdraw as attorneys for Mr. Backus and Evergreen Mental Health Services Inc. This Declaration is based on my personal knowledge, and if called as a witness, I could and would testify competently to the contents of this Declaration.

3. In making this Declaration, I am mindful of my obligations under the California, Texas, and Minnesota Rules of Professional Conduct for lawyers, and my obligation to comply with these rules, as well as to maintain my duty of confidentiality to my clients.

4. On or about August 12, 2026, the Court issued an Order. The Order requires that, by September 18, 2026, Mr. Backus "Must submit a sworn declaration detailing any and all personal assets or assets of the Evergreen Entities that have not been previously disclosed."

5. On August 13, 2026, and September 7, 2026, I consulted with Mr. Backus by email and advised him regarding the Court's Order. On September 8, 2026, Mr. Backus terminated me from representing him and any of the Evergreen Entities.

6. I have routinely communicated with Mr. Backus by email and this Motion and supporting Declaration is served by email at Backus.m.david@gmail.com and served by regular mail at 14015 Julliard St. NE, Forest Lake, MN 55025.

7. I am requesting that the Court approve my withdrawal from both matters in which I represent Mr. Backus and/or an Evergreen Entity, as I have been terminated and cannot continue to represent either Mr. Backus or an Evergreen Entity while acting in accordance with my ethical obligations.

**Dated:** September 24, 2026

Respectfully submitted,
**KHOURI LAW FIRM, APC**

*/s/ Michael J. Khouri*
**Michael J. Khouri**
Attorney for Defendants,
**EVERGREEN MENTAL HEALTH SERVICES INC.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Case No.** 24-cv-2944 (KMM/JFD)

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**DAVID BACKUS and EVERGREEN MENTAL HEALTH SERVICES INC.,**
Defendants.

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the above-entitled action. My physical business address is 101 Pacifica, Suite 120, Irvine, California 92618, and my electronic service address is service@khourilaw.com.

On September 24, 2026, I served the foregoing document:

**DECLARATION OF MICHAEL J. KHOURI IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**

on:

| | |
|---|---|
| **ANN MARIE BILDTSEN**<br>Assistant U.S. Attorney<br>300 South Fourth Street, Suite 600<br>Minneapolis, MN 55415<br>Phone No. (612) 644-5600<br>Email: Ann.Bildtsen@usdoj.gov | **Attorney for the United States** |

**[BY ELECTRONIC MAIL]:** I caused the electronic transmission of the above-referenced document to the above addressee.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 24, 2026, at Irvine, California.

*/s/ Hannah Meyerson*
Hannah Meyerson