RECEIVED
OCT 16 2026
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Case No. 0:24-cv-02944**

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

**EVERGREEN RECOVERY INC., ETHOS RECOVERY CLINIC INC., et al.,**
Defendants.

**REQUEST FOR EXTENSION OF TIME TO RETAIN COUNSEL PURSUANT TO FED. R. CIV. P. 6(b)(1)(A)**

I, David Backus, respectfully request that the Court grant additional time for the retention of legal counsel for the corporate entities identified in the Court's briefing order.

I acknowledge that the Court has directed the corporate entities to obtain licensed legal representation within twenty (20) days and that the entities may not proceed pro se. I fully respect the Court's directive and am actively working toward compliance.

I am currently engaged in discussions with Mr. Lowther and his office regarding the retention of legal counsel for Evergreen Recovery Inc. and the related entities. These discussions are ongoing, and additional time is necessary to determine whether representation can be finalized, complete the necessary engagement arrangements, and allow prospective counsel to review the proceedings.

I am making this request before the expiration of the Court's existing deadline and in good faith. The purpose of this request is not to delay the proceedings but to provide a reasonable opportunity to comply with the Court's requirement that the corporate entities be represented by counsel.

Under Federal Rule of Civil Procedure 6(b)(1)(A), the Court may extend a deadline for good cause when a request is made before the original deadline expires. I respectfully submit that my ongoing efforts to retain qualified counsel constitute good cause for a limited extension.

Given the complexity of the receivership proceedings and the substantial interests involved, I believe that allowing additional time to secure representation would promote fairness and the orderly administration of justice.

SCANNED
OCT 16 2026
U.S. DISTRICT COURT ST. PAUL

**WHEREFORE**, I respectfully request that the Court:

1. Extend the original twenty (20) day deadline for retaining legal counsel by an additional thirty (30) days;
2. Permit retained counsel to enter an appearance within the extended period; and
3. Grant such other relief as the Court deems appropriate.

Respectfully submitted,

**David Backus**
Individually, as Owner of Evergreen Recovery Inc.

Date: October _15__, 2026

Service provided to AUSA via email.